On September 26, 1997, we remanded this cause for a second time for the trial court to enter specific findings as to the evidence relied upon and the reasons for revoking the appellant's probation. The trial court's first revocation order contained a statement that the appellant's probation had been revoked because of an arrest for unlawful possession *Page 491 
of a controlled substance, but it failed to specify the evidence the trial court relied upon in revoking the appellant's probation.
Pursuant to those instructions, the trial court issued an amended order stating that the evidence relied upon included "consideration of the Supervisor's Report of Delinquent Probationer and the testimony of Officers Jonathan Pratt of the Alabama Bureau of Investigation and Vaughn Ivy of the Russellville Police Department [and, therefore,] the Court is reasonably satisfied that the underlying charges of unlawful possession of a controlled substance pending in the Circuit Court of Marion County, Alabama, and the Circuit Court of Franklin County, Alabama, are true."
Because the trial court's amended order sufficiently states the reasons for revoking probation and the evidence relied upon, its judgment is affirmed.
AFFIRMED.
All judges concur.